

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AARON CRAIG HINMAN, | § | No. 08-16-00226-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| State. | § | (TC# P-3601-112-CR) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **December 21, 2016.**   NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Corina E. Lozano, Court Reporter for the 112th District Court, for Pecos County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **December 21, 2016.**

IT IS SO ORDERED this 29th day of November, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.